HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TANYSHA ASKEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TANYSHA ASKEW, <br><br> Defendant. | Case No. 1:14-mj-0190-SAB <br><br> REUQEST TO CONTINUE REVIEW HEARING; ORDER <br><br> DATE:   December 10, 2015 <br> TIME:   10:00 a.m. <br> JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY REQUESTED** by Assistant Federal Defender Megan T. Hopkins, counsel for defendant Tanysha Askew, that the review hearing currently scheduled for December 3, 2015, may be continued to December 10, 2015, at 10:00 a.m.

The continuance is requested to allow Ms. Askew to personally appear.  Ms. Askew lives in Sanger, CA in a remote area without access to public transportation.  She arranged for a ride to court several weeks before her hearing date, but the individual who agreed to drive her did not arrive as scheduled and has not contacted her.  She does not possess a driver's license and so is unable to drive herself to court.

///

///

///

1  If this matter is continued for one week she will ensure her timely appearance at the hearing on
2  December 10, 2015, and is prepared to travel to Fresno the day prior if need be.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: December 3, 2015                  */s/ Megan T. Hopkins*
                                              MEGAN T. HOPKINS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              TANYSHA ASKEW

IT IS SO ORDERED.

Dated:   **December 3, 2015**                _____
                                              UNITED STATES MAGISTRATE JUDGE