| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | TANYSHA ASKEW |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00190-SAB |
| Plaintiff, | MOTION TO MODIFY TERMS AND CONDITIONS OF PROBATION; ORDER |
| vs. | |
| TANYSHA ASKEW, | DATE: February 4, 2016 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

Defendant, Tanysha Askew, by and through her counsel, Assistant Federal Defender Megan T. Hopkins, hereby moves to modify the conditions of her probation pursuant to 18 U.S.C. §§ 3563(c).  The government does not oppose this motion.

On December 4, 2014, Ms. Askew pled guilty to two counts of driving a motor vehicle with driver license suspended for driving under the influence, in violation of 36 C.F.R. § 4.2(b) (CVC 14601.2(a)).  The Court placed Ms. Askew on unsupervised probation for 30 months, with the conditions that she pay a $2,250.00 fine and $20.00 special assessment, and two days custody with credit for time served.

The parties agree that the Defendant's special conditions of unsupervised probation may be modified as to the fine only, as follows:

The parties agree that the $2,250.00 fine imposed by the Court may be converted to 225 hours of community service.

The reason for this request is that Ms. Askew has no means to fulfill her financial obligations.  She is presently unemployed and looking for a job.  She has applied to more than 200 open positions to date, without success.  Although she continues to seek employment, she does not wish to further prolong finality in this case.  Ms. Askew has met with leadership at the Church of Jesus Christ of Latter-day Saints in Sanger, CA, and has made arrangements to perform 225 hours of community service there.  The community service contemplated will consist of cleaning, maintaining the Church's property which includes vineyards in need of weeding, and working in the food pantry organized by the church.

WHEREFORE, the parties agree that the Defendant's special condition of probation may be modified pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2016        */s/ Megan T. Hopkins*
                              MEGAN T. HOPKINS
                              Assistant Federal Defender
                              Attorneys for Defendant
                              TANYSHA ASKEW

**O R D E R**

Pursuant to the motion to modify the Defendant's conditions of probation and 18 U.S.C. § 3563(c), the Court hereby modifies the Defendant's conditions of probation as follows:  That the $2,250.00 fine imposed by the Court be converted to 250 hours of community service for non-profit organization described at the Court hearing on February 4, 2016.  It is further ordered that the defendant complete that community service by June 30, 2016 and provide proof to the government and Court by July 8, 2016.  The defendant is also ordered to appear before United

//

//

//

-2-

States Magistrate Judge Stanley A. Boone on August 18, 2016 at 10:00 am, Courtroom 9, and the defendant is ordered to file a status report 14 days prior to the review hearing. All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **February 4, 2016**

UNITED STATES MAGISTRATE JUDGE