# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANYSHA D. ASKEW,<br><br>Defendant. | Case No. 1:14-mj-00190-SAB<br><br>ORDER CONTINUING REVIEW HEARING TO SEPTEMBER 1, 2016 AND REFERRING MATTER TO PROBATION DEPARTMENT |

Defendant Tanysha D. Askew entered a plea in this action on December 4, 2014 to two counts of operating a motor vehicle with a driver license suspended for operating a motor vehicle under the influence of alcohol. Defendant was sentenced to 30 months of unsupervised probation; two days of custody with credit for time served, and a fine of $2,250.00 and a special assessment of $20.00 for a total of $2,270.00. On February 4, 2016, an order issued modifying the terms of probation; and Defendant was ordered to complete 225 community service hours in lieu of the $2,250.00 fine. On August 10, 2016, Defendant filed a status report asserting that Defendant had completed approximately 135 hours of community service and a log reflecting 36 hours of community service. On August 11, 2016, a proof of community service was filed for 84 hours of the required 225 hours of community service which included the previously submitted hours.

Based on Defendant's lack of compliance with regard to her obligation to complete

community service, the review hearing set for August 18, 2106, shall be continued to September 1, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for August 18, 2016, at 10:00 a.m., is CONTINUED to September 1, 2016, at 10:00 a.m. in Courtroom 9;
2. Defendant shall personally appear at the September 1, 2016 hearing;
3. This action is referred to the Probation Department for review of a potential probation violation; and
4. Failure to comply with this order will result in a revocation of Defendant's probation.

IT IS SO ORDERED.

Dated:   **August 15, 2016**

UNITED STATES MAGISTRATE JUDGE